IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00693-LTB-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$141,940.00 IN UNITED STATES CURRENCY, and
UNITED STATES POSTAL MONEY ORDERS,

      Defendants.
_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881 AND 31 U.S.C. § 5317;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimants Wei Han, Jason Jie Pan Li, and Zhi Yong Zeng have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT forfeiture of defendant $26,000.00 in United States Postal Money Orders, and $40,000.00 of defendant $141,940.00 in United States currency seized shall enter in favor of the United States;

THAT the United States agrees to return to Claimant Wei Han $21,940.00; to Claimant Zhi Yong Zeng $60,000.00; and to Claimant Jason Jie Pan Li $20,000.00 of the $141,940.00 in United States currency seized.

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881 and 31 U.S.C. § 5317.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $26,000.00 in United States Postal Money Orders and $40,000.00 of the $141,940.00 in United States currency seized shall enter in favor of the United States; the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant assets pursuant to 28 U.S.C. § 2465.

SO ORDERED this ___19th___ day of ___March___, 2015.

BY THE COURT:

　　s/Lewis T. Babcock　　
LEWIS T. BABCOCK
United States District Judge