IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00693-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$141,940.00 IN UNITED STATES CURRENCY, and
UNITED STATES POSTAL MONEY ORDERS,

    Defendants.
_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Lewis T. Babcock, the following JUDGMENT is hereby entered:

    1.    That forfeiture of the $26,000.00 in United States Postal Money Orders and $40,000.00 of the $141,940.00 in United States currency seized including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881 and 31 U.S.C. § 5317.

    2.    That the United States shall have full and legal title as to the above described defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

    3.    That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant assets under 28 U.S.C. § 2465.

4.      Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this   19th   day of   March  , 2015.

               JEFFREY P. COLWELL
               Clerk of the U.S. District Court


By:  s/Emily Buchanan
     Emily Buchanan, Deputy Clerk